# EXHIBIT "10"

### Plaintiff's 5/28-29/2021 Wellpath Records

to

## CCSO DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT

*William Weaver*

*v.*

*Charleston County Sheriff Kristin Graziano, James C. Breaux,
Charleston County Deputy John Doe, Charleston County
Sheriff's Office, City of North Charleston, and Benjamin Pitner*

C/A No. 2:23-cv-01362-DCN-MGB

# SEELS-WEAVER, WILLIAM

| Charleston County Detention Center, SC<br>Sheriff Al Cannon Detention Ce<br>3841 Leeds Avenue<br>North Charleston, SC29405 | COVID-19 Pre-Visit Coronavirus<br>Screening | | |  |

| Patient Name<br>WILLIAM A SEELS-WEAVER | Patient Number | Booking Number | Birth Date | Date Of Service<br>5/28/2021 |

Patient Allergies:

| Observed<br>Date | Type | Allergy | Reaction |
|---|---|---|---|
| 12-07-2020 | Allergy Items | No Known Allergies | |

---

Complete the below questions to screen for possible 2019-nCoV.

1. Does the patient:

a. Have a cough, or shortness of breath/difficulty breathing  ○ Yes ◉ No

b. OR at least 2(two) of the following symptoms:  ○ Yes ◉ No

 □ congestion or runny nose □ fatigue □ headache □ repeated shaking with chills

 □ sore throat □ muscle pain □ new loss of taste or smell □ nausea □ diarrhea

2. Does the patient have a fever >100.0 Fahrenheit (38°C)  ○ Yes ◉ No

---

Patient Vitals:

| Observed<br>Date | BP | Pulse | Resp | Temp | Pulse<br>Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

---

For patients answering "Yes" to any question: Place surgical mask on patient and initiate droplet and contact precautions including eye protection if not already done. Consult provider for additional orders.

| Form Folder and Number:<br>Communicable Disease CD22.1 | Form Owner:<br>Karina Purcell | Accreditation:<br>CDC | Active / Last Revision<br>Date: July 16, 2020 |

**Charleston County Detention Center, SC**
**Sheriff Al Cannon Detention Ce**
3841 Leeds Avenue
North Charleston , SC29405

**Provider Infirmary Admission Orders**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | | | | 5/28/2021 |

| 1. Admit to | ◉ Infirmary Bed ○ Observation Bed ○ Medical Housing (Shelter Bed) ○ Isolation Bed |
|---|---|
| | Isolation Bed ☐ Contact ☐ Respiratory ☐ Airborne |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 12-07-2020 | Acute | No Known Problems | Patient Reports No Problems | |

| 2. Diagnosis |
|---|
| s/p ER d/c altercation, tasered x2, R radius fracture, suicide watch |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 12-07-2020 | Allergy Items | No Known Allergies | |

| 4. Vital Signs | ◉ Q Shift ○ Q 8 hours ○ Q 4 hours |
|---|---|
| | times_____days 1 |
| | ☐ Fetal heart rate |
| | ☐ q shift ☐ q day until delivery |

| 5. Activity | ☑ Ad lib ☐ Bed Rest ☐ Bed side Commode ☐ Bathroom with Assist |
|---|---|

| 6. Nursing | ☐ I&Os |
|---|---|
| | ☐ Neuro Checks |
| | ☐ Weigh patient |
| | ☐ Oxygen |
| | ☐ Nebulizer Breathing Treatments |

| 7. Diet | ☑ Regular ☐ Cardiac ☐ ADA ☐ NPO ☐ Clear Liquid |
|---|---|
| | ADA_____ kcal |
| | ☐ Soft ☐ Bland ☐ Pureed ☐ Fractured Jaw |

| 8. IV | ◉ None ○ Hep Lock with flushes ○ PICC Line flushes |
|---|---|
| | ○ Normal Saline ○ Lactated Ringers ○ D5W ○ D51/2 NS |

| 9. Medications | ☐ Tylenol ☐ Ibuprofen ☐ Ducosate ☐ Sliding Scale Insulin |
|---|---|

**Charleston County Detention Center, SC**
**Sheriff At Cannon Detention Ce**
**3841 Leeds Avenue**
**North Charleston , SC29405**

**Provider Infirmary Admission Orders**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | ▉ | ▉ | ▉ | 5/28/2021 |

| 9. Medications | ☐ Tylenol ☐ Ibuprofen ☐ Ducosate ☐ Sliding Scale Insulin |
|---|---|

| 10. Labs | ☐ DP-1 ☐ DP-2 ☐ DP-3 |
|---|---|
| | ☐ Basic Metabolic Panel ☐ CBC with Diff/PLT |
| | ☐ PT ☐ PTT, Activated ☐ INR |
| | ☐ UA, Complete |
| | ☐ Finger Stick Blood Sugars |
| | Finger Stick Blood Sugars ○ BID ○ TID ○ QID ○ AC & HS ○ Other |
| | ☐ Other |

| 11. Other | ☐ Release of Information |
|---|---|
| | ☐ Initiate CIWA protocol |
| | ☐ Initiate Hunger Strike Protocol |
| | ☐ Initiate COWS protocol |
| | ☐ Dressing changes |

Charleston County Detention Center, SC
Sheriff Al Cannon Detention Ce
3841 Leeds Avenue
North Charleston , SC 29405

**Provider Infirmary History and Physical**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | | | | 5/28/2021 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 12-07-2020 | Acute | No Known Problems | Patient Reports No Problems | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 12-07-2020 | Allergy Items | No Known Allergies | |

### Admitting Diagnosis(es)

*s/p ER d/c altercation, tasered x2, R radius fracture, suicide watch*

### Subjective    (chief complaint and brief history)

*39 y/o male with no pmhx presents to infirmary s/p ER d/c. He was involved in altercation with the police, was tasered twice and sent to ED for this and R wrist pain. Xrays at Trident Centre Point found a distal R radius fracture. Pt arrives in sling and splint cast. Pt admits to pain to R wrist but denies pain or injury elsewhere. Pt given Tylenol at intake. pt denies SI or HI, however at intake prior to being sent to ED he expressed SI so is now on suicide watch. Pt denies drug or alcohol use.*

### Review of Symptoms    (all positive responses require comment)

Eyes                          ● Negative ○ Positive

Ears/Nose/Mouth/Throat        ● Negative ○ Positive

Cardiovascular                ● Negative ○ Positive

Gastrointestinal              ● Negative ○ Positive

Respiratory                   ● Negative ○ Positive

Musculoskeletal               ○ Negative ● Positive
                              R wrist pain

Neurologic                    ● Negative ○ Positive

Endocrine                     ● Negative ○ Positive

Psychiatric                   ● Negative ○ Positive

Hematologic/Lymphatic         ● Negative ○ Positive

Charleston County Detention Center, SC
**Sheriff At Cannon Detention Ce**
3841 Leeds Avenue
North Charleston , SC29405

**Provider Infirmary History and Physical**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | | | | 5/28/2021 |

Hematologic/Lymphatic     ⦿ Negative ◯ Positive

Genitourinary     ⦿ Negative ◯ Positive

☐ Other

## Current Medications

Orders:

| Medication | Start Date | End Date |
|---|---|---|
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 5/29/2021 8:00:00 AM | 7/28/2021 7:59:00 AM |
| ibuprofen 800 mg tablet | 5/29/2021 8:00:00 AM | 7/28/2021 7:59:00 AM |

## Physical Examination

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-28-2021 10:39 PM CST | 120/75 | 103 | - | - | 92 | - | - | - | - | - | - |

General Appearance     ☑ No acute distress ☐ Mild distress ☐ Moderate distress ☐ Severe distress
                                          ☑ Normal body habitus ☐ Obese ☐ Malnourished ☐ Other

**All abnormal responses require comment**

| | |
|---|---|
| Head/Eyes/Ears/Nose/Throat | ⦿ WNL ◯ ABN |
| Neck | ⦿ WNL ◯ ABN |
| Heart | ⦿ WNL ◯ ABN |
| Lungs/Chest | ⦿ WNL ◯ ABN |
| Abdomen | ⦿ WNL ◯ ABN |
| Extremities | ◯ WNL ⦿ ABN |

| Charleston County Detention Center, SC<br>**Sheriff Al Cannon Detention Ce**<br>3841 Leeds Avenue<br>**North Charleston , SC29405** | **Provider Infirmary History and<br>Physical** | | |  |
|---|---|---|---|---|
| Patient Name<br>**WILLIAM A SEELS-WEAVER** | Patient Number | Booking Number | Birth Date | Date Of Service<br>5/28/2021 |

| Extremities | ○ WNL ◉ ABN |
|---|---|
| | R arm in sling and splint cast. Unwrapped and removed sling due to being on suicide watch |
| Skin | ◉ WNL ○ ABN |
| Neurologic | ◉ WNL ○ ABN |
| Pulses | ◉ WNL ○ ABN |
| Lymphatic | ◉ WNL ○ ABN |
| Rectal Exam | ○ WNL ○ ABN ◉ Declined |
| Pelvic/GU Exam | ○ WNL ○ ABN ◉ Declined |

| | |
|---|---|
| **Have you been feeling overwhelmed or thinking that things are too much to handle?** | ○ Yes ◉ No |
| Urgent MH Referral Completed | ◉ Yes ○ No |
| **Are you worried you might harm yourself?** | ○ Yes ◉ No |
| Self-Harm Watch Procedures Activated | ◉ Yes ○ No |

*If the response to the first question is "yes", ensure that an urgent referral is made to Mental Health Services. If the response to the second questions is "yes" activate the procedures to begin a self-harm watch until the patient can be evaluated by a Mental Health Services Team Member and DO NOT LEAVE ALONE UNTIL SECURITY ARRIVES TO COMMENCE WATCH STATUS.*

---

**Assessment/Treatment Plan**

**1. DX**     *suicide watch*
a. Treatment Goal     *address MH needs*
b. Intervention     *MH referral*
i. Service Modality          ☑ *Nurse* ☑ *Mental Health Provider* ☐ *HCP* ☐ *PT* ☐ *Patient*
ii. Anticipated Time for Goal Attainment     *1 week*

☑ *additional diagnosis/treatment plan*

**2. DX**     *R distal radius fracture*
a. Treatment Goal     *address pain*
b. Intervention     *arrange CM ortho referral, ibuprofen and Tylenol for pain*
i. Service Modality          ☑ *Nurse* ☐ *Mental Health Provider* ☑ *HCP* ☐ *PT* ☐ *Patient*
ii. Anticipated Time for Goal Attainment     *1 week*

☐ *additional diagnosis/treatment plan*

| **Charleston County Detention Center, SC**<br>**Sheriff Al Gannon Detention Ce**<br>**3841 Leeds Avenue**<br>**North Charleston , SC29405** | **Provider Infirmary History and**<br>**Physical** | |  | |
|---|---|---|---|---|
| Patient Name<br>**WILLIAM A SEELS-WEAVER** | Patient Number | Booking Number | Birth Date | Date Of Service<br>5/28/2021 |

☐ additional diagnosis/treatment plan

---

### Diagnostic Needs

Labs    ☐ DP-1 ☐ DP-2 ☐ DP-3

        ☐ Hepatic Function Panel ☐ Hepatitis, Diagnostic ☐ Drug Prof, UR/G ☐ Ammonia, Serum

        ☐ CBC w Diff/Plt ☐ Retic Count ☐ Sed Rate

        ☐ PT/INR ☐ TSH ☐ UA, complete ☐ Other

---

Review Date for Treatment Plan    *5/29/2021*

Charleston County Detention Center, SC
Sheriff Al Cannon Detention Ce
3841 Leeds Avenue
North Charleston , SC29405

**Receiving Screening**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | ███████ | ███████ | ███████ | 5/28/2021 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 12-07-2020 | Allergy Items | No Known Allergies | |

## Admissions / Screening

| | |
|---|---|
| Arrest Date: | 5/28/2021 |
| Prior Incarceration? | ◉ Yes ○ No |
| when/where: | 12/2020 SACDC |
| Translation need and provided? | ○ Yes ◉ No |
| If yes, language: | ○ Spanish ○ Sign Language ○ Other |
| If yes, language line used? | ○ Yes ○ No |
| Emergency Contact/Next of Kin (name/relationship/address/phone): | DEFERS |

☐ Patient refused admission until medically cleared  ☐ Patient refused screening

Reason:

**\*If patient refused screening, refer to "refusal monitoring process"\***

| Do you currently have health insurance? | ○ Yes ◉ No |
|---|---|

## Level of Consciousness - AVPU

Select the most appropriate for patient:

◉ *Alert* ○ *Responds to Voice* ○ *Responds to Pain\** ○ *Unresponsive\**

**\*If responds to pain only, or is unresponsive notify health care provider and/or activate EMS**

## Vital Signs

\*Contact health care provider if vital signs are outside of parameters

| | |
|---|---|
| B / P | *\*SBP ≥ 180 or ≤ 90* |
| | *\*DBP ≥ 110 or ≤ 60* |
| Pulse | *\*remains ≥ 110 or ≤ 60* |
| Resp | *\*persistently ≤ 10 or ≥ 20* |
| Temp | *\* > 101 ℉* |
| O2 Sat | *\* < 90%* |

Charleston County Detention Center, SC
**Sheriff Al Cannon Detention Ce**
3841 Leeds Avenue
North Charleston , SC29405

**Receiving Screening**



| Patient Name WILLIAM A SEELS-WEAVER | Patient Number | Booking Number | Birth Date | Date Of Service 5/28/2021 |
|---|---|---|---|---|

*Patient Allergies:*

| | |
|---|---|
| **Temp** | * > 101 °F |
| **O2 Sat** | * < 90% |
| **Height** | ◉ *Reported* ○ *Actual* |
| **Weight** | ◉ *Reported* ○ *Actual* |
| **Blood Sugar** | * if indicated |

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-29-2021 10:30 PM CST | 128/81 | 89 | 15 | 97.90 | 100 | 260 | 31.6 | - | - | - | - |

| **Observation** |
|---|
| Is Patient appearance abnormal in any way? (e.g. sweating, tremors, anxious, disheveled, evidence suggestive of trauma or abuse)    ○ Yes ◉ No |
| Is Patient movement restricted or comprimised in any way? (e.g. body deformities, physical abnormality, unsteady gait, cast or splint, etc.)    ◉ Yes ○ No |

    ☐ *Unremarkable* ☐ *Unsteady gait* ☐ *Deformity* ☑ *Cast / Splint* ☐ *Other:*

Cast / Splint location-     ☑ *Arm* ☐ *Back* ☐ *Leg* ☐ *Neck*

| Is breathing abnormal? (e.g. persistent cough, hyperventilation, shortness of breath, dyspnea, etc.)    ○ Yes ◉ No |
|---|
| Does Patient's skin or scalp have obvious lesions or draining wounds, lice or scabies, jaundice, rashes, bruise, edema, scars, tattoos, needle marks or other indications of drug abuse?    ◉ Yes ○ No |

    ☐ *Unremarkable* ☐ *Bruises* ☐ *Redness* ☐ *Edema* ☐ *Scars* ☐ *Rash* ☐ *Lice/Scabies* ☐ *Jaundice*

    ☐ *Needle marks* ☐ *Recent Tattoo* ☐ *Lesions* ☑ *Other:*

Describe:
   *FIBERGLASS CAST /SPLINT RUE*

Behavior:

   ☑ *Appropriate* ☐ *Inappropriate* ☐ *Uncooperative* ☐ *Insensible*

   ☑ *Appears under the influence/intoxicated/withdrawing from substance* ☐ *Other:*

| Charleston County Detention Center, SC<br>*Sheriff Al Cannon Detention Ce*<br>*3841 Leeds Avenue*<br>*North Charleston , SC29405* | **Receiving Screening** | | |  |
|---|---|---|---|---|
| Patient Name<br>WILLIAM A SEELS-WEAVER | Patient Number | Booking Number | Birth Date | Date Of Service<br>5/28/2021 |

*Patient Allergies:*
☑ *Appears under the influence/intoxicated/withdrawing from substance* ☐ *Other:*

Speech:

☑ *Clear/coherent* ☐ *Rapid/Pressured* ☐ *Slurred* ☐ *Incoherent* ☐ *Other:*

Mood

☑ *Unremarkable* ☐ *Anxious* ☐ *Angry* ☐ *Visibly Depressed* ☐ *Euthymic* ☐ *Tearful* ☐ *Other:*

Comments and Additional Observations:

*A/OX4 NAD NOTED PT CALM AND COOPERATIVE. PT S/P ED D/C FX DISTAL END OF RT RADIUS - SPLINT/ CAST IN PLACE WITH SLING. PT PLACED ON SUICIDE WATCH ON ARRIVAL TO FACILTIY FOR SI STATEMENT MADE PREVIOUIS . PROVIDER NOTIFIED OF PT STATUS - SLING AND ACE BANDAGE WRAP AROUND CAST REMOVED AND SECURED WITH TAPE PT COMPLIANT WITH DIRCTIVES AND POC*

---

### Past or Present Medical Problems – Patient Questionnaire

(Enter patient problems in the problems data grid)

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 05-28-2021 | Acute | Injury | Colles fracture of right radius, init for clos fx | hospital |
| 12-07-2020 | Acute | No Known Problems | Patient Reports No Problems | |

| | |
|---|---|
| Can you explain why you are in this building? | ◉ Yes ○ No |
| Explain | |
| Were you treated at ED, hospital, or refused medical care in last 3 days? | ◉ Yes ○ No |
| When:      *5/28/2021* | |
| Where:     *TRMC ED CENTE POINT* | |
| Reason:    *DX: CLOSED FX OF RIGHT RADIUS DISTAL END* | |
| Have you attempted suicide in the past? | ○ Yes ◉ No |

| | |
|---|---|
| Do you have, or have you ever had... | |
| Diabetes | ○ Yes ◉ No |
| High Blood Pressure | ○ Yes ◉ No |
| Heart Condition | ○ Yes ◉ No |
| Asthma | ○ Yes ◉ No |
| COPD | ○ Yes ◉ No |

Charleston County Detention Center, SC
Sheriff Al Cannon Detention Ce
3841 Leeds Avenue
North Charleston , SC29405

**Receiving Screening**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | | | | 5/28/2021 |

*Patient Allergies:*

| | |
|---|---|
| COPD | ○ Yes ◉ No |
| Kidney Disease | ○ Yes ◉ No |
| Traumatic Brain Injury / Head Injury | ○ Yes ◉ No |
| Seizure Disorder | ○ Yes ◉ No |
| Developmental Disability (have an individual education plan, or attend special education classes?) | ○ Yes ◉ No |
| Any Assisted Devices? (e.g. glasses, contacts, braces, hearing aids, walker, wheelchair, etc.) | ○ Yes ◉ No |
| Any medical, mental health, other conditions that require special accommodations? (e.g. seeing, hearing, walking/standing, eating, etc.) | ○ Yes ◉ No |
| Any Medication Allergies? | ○ Yes ◉ No |
| *Document Medication(s) and Reaction(s) in Allergy snippet above* | |
| Other serious, life-threatening allergies? | ○ Yes ◉ No |
| *Document Allergen(s) and Reaction(s) in Allergy snippet above* | |
| On a current prescribed diet? | ○ Yes ◉ No |
| Any other past or present conditions like high cholesterol/triglycerides, bleeding disorders, blood clots, thyroid disease, cancer, organ transplant or any other condition we should be aware of? | ○ Yes ◉ No |
| If Yes- list and explain: | |

---

### Infectious Disease and Tuberculosis Screening

Do you have, or have you ever had…

| | |
|---|---|
| HIV/AIDS | ○ Yes ◉ No |

*Previous Responses:*

| Response | Document | Recorded By | Record Date |
|---|---|---|---|
| false | Receiving Screening | Katherine Dela Rosa | 12/07/2020 |

| | |
|---|---|
| Hepatitis | ○ Yes ◉ No |
| Positive test for Tuberculosis (TB)? | ○ Yes ◉ No |
| Sexually Transmitted Infection | ○ Yes ◉ No |
| Recent known exposure to infectious disease? | ○ Yes ◉ No |
| Currently experiencing any of the following symptoms: chronic/persistent cough, coughing up blood, fatigue/weakness, fever/chills, unexplained weight loss, night sweats, short of breath, or loss of appetite? | ○ Yes ◉ No |
| Currently experiencing any of the following symptoms: vomiting, diarrhea, clay colored stool, tea colored urine, lower abdominal pain, discharge from penis/vagina, unexplained rash, genital lesions, unprotected sex, or IV drug use? | ○ Yes ◉ No |

**Charleston County Detention Center, SC**
**Sheriff Al Cannon Detention Ce**
3841 Leeds Avenue
North Charleston , SC29405

**Receiving Screening**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | | | | 5/28/2021 |

Patient Allergies:
stool, tea colored urine, lower abdominal pain, discharge from penis/vagina, unexplained rash, genital lesions, unprotected sex, or IV drug use? ◯ Yes ◉ No

Are you homeless? ◯ Yes ◉ No

Additional Comments:
*PT DENIES EXPOSURE TO COVID 19 AND OR POSITIVE TEST IN PAST 14 DAYS*

### Additional Medications Not Listed Above

Are you taking, or supposed to be taking, any other medications or treatments prescribed by a health care provider including chemotherapy, radiation, clinical trials, psychotropic or other medications? ◯ Yes ◉ No

### Dental Screening

Do you have...

Painful dental condition/complaint(s)? ◯ Yes ◉ No

☐ *Decay* ☐ *Abscess* ☐ *Gum Disease*

Describe:

Dentures? ◯ Yes ◉ No

☐ *Partial* ☐ *Upper* ☐ *Lower* ☐ *Upper & Lower*

**\*If yes, add to medical applicance snippet above**

Special diet due to dental condition? ◯ Yes ◉ No

**\*If yes, add to diet snippet above**

### Female Specific Screening
Is patient Female? ◯ *Yes* ◉ *No*

### Juvenile Specific Screening
Is patient Juvenile? ◯ *Yes* ◉ *No*

### Substance Use/Abuse

Have you ingested or placed any medications/drugs into a body cavity? ◯ Yes ◉ No

Have you ever been hospitalized for substance use? ◯ Yes ◉ No

If yes, explain:

Do you use...

Alcohol ◯ Yes ◉ No

**Charleston County Detention Center, SC**
**Sheriff Al Cannon Detention Ce**
**3841 Leeds Avenue**
**North Charleston , SC29405**

**Receiving Screening**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | ▮▮▮ | | ▮▮▮ | 5/28/2021 |

*Patient Allergies:*

| | |
|---|---|
| Alcohol | ○ Yes ◉ No |
| Drugs | ○ Yes ◉ No |
| Do you take Medication Assisted Treatment (MAT) for Opiate Dependence? | ○ Yes ◉ No |
| Tobacco Products | ○ Yes ◉ No |

**If yes to any of the above (except for Cannabis and Tobacco) complete blood sugar finger stick**

**If yes to any of the above and female- complete pregnancy test and notify health care provider if positive**

Additional Comments:

*PT DENIES ALL (APPEARED INTOXICATED ON ARRIVAL TO FACLITY- STRONG ODOR OF ETOH OMITTIG FROM PERSON ON FIRST EVAL)*

---

### Mental Health and Suicide Risk Screening

### Patient Questions

Do you, or Are you...

| | |
|---|---|
| 1. Current or past mental health diagnosis? | ○ Yes ◉ No |
| Describe/list: | |
| 2. Currently taking, supposed to take or ever been prescribed any medication by a physician for any emotional or mental health problems? | ○ Yes ◉ No |
| 3. Current or past outpatient treatment for mental health or psychiatric issues? | ○ Yes ◉ No |
| 4. Ever been in a hospital for emotional, mental health and/or psychiatric problems? | ○ Yes ◉ No |
| 5. Are you a veteran? | ○ Yes ◉ No |
| Explain: | |
| 6. Hear or see things others don't or believe someone can control your mind? | ○ Yes ◉ No |
| Explain: | |
| 7. Have concerns about losing a job, spouse, significant other, custody of children, or housing due to arrest? | ○ Yes ◉ No |
| Explain: | |
| 8. Have family or friends who have attempted suicide or died from suicide? | ○ Yes ◉ No |
| Explain: | |
| 9. Have concerns about ability to cope emotionally/manage stress? | ○ Yes ◉ No |
| Explain: | |
| 10. Have feelings that there is nothing to look forward to or feel | ◉ Yes ○ No |

Charleston County Detention Center, SC
Sheriff Al Cannon Detention Ce
3841 Leeds Avenue
North Charleston , SC29405

**Receiving Screening**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | | | | 5/28/2021 |

*Patient Allergies:*

10. Have feelings that there is nothing to look forward to or feel hopelessness/helpless?  ◉ Yes ○ No

Explain:  *PT CRYING PREVIOUS TO GOING TO HOSPITAL STS "TODAY IS MY SONS BIRTHDAY AND IM GOING TO MISS IT"*

---

### Columbia Suicide Severity Rating Scale -- Screen Version

Ask the Questions:

11. Have you wished you were dead or wished you could go to sleep and not wake up?  ○ Yes ◉ No

Explain:

12. Have you had any actual thoughts of killing yourself?  ○ Yes ◉ No

Explain:

16. Have you ever done anything, started to do anything, or prepared to do anything to end your life?  ○ Yes ◉ No

How long ago did you do any of these?  ○ 0-3 months ○ 3-12 months ○ 1-5 years ○ > 5 years

---

### Mental Health and Suicide Risk Screening --Additional Screening

Does/is the patient...

17. Have any visible signs of recent self-harm?  ○ Yes ◉ No

Explain:  ○ cuts ○ ligature marks ○ other:

18. Has the transporting/arresting officer or family/friends communicated that the patient may be a suicide risk?  ○ Yes ◉ No

Explain:

19. Hold a position of respect in community AND/OR crime is shocking in nature?  ○ Yes ◉ No

Explain:

20. Acting or talking in a strange manner and/or appears to be responding to voices?  ○ Yes ◉ No

Explain:

21. Current charges include murder, kidnapping, robbery, or domestic violence?  ○ Yes ◉ No

Explain:

---

**STAT:**  *A "YES" response to any Questions 10, 13, 14, 15, 17, 18: place on suicide watch & STAT referral to MHP*

**Urgent Referral:**  *A "YES" response to any Question 11,12, 16, 19, 20: refer to Mental health urgently*

Charleston County Detention Center, SC
**Sheriff Al Cannon Detention Ce**
3841 Leeds Avenue
**North Charleston, SC29405**

**Receiving Screening**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | | | | 5/28/2021 |

*Patient Allergies:*

**Urgent Referral:** A YES response to any Question 11,12, 16, 19, 20. refer to Mental health *urgently*

**Routine Referral:** *A "YES" response for to any Question 1-9, 21: referral to Mental Health*

Additional Comments:

*PT DENIED SI AT INTAKE SCREENING - PT MADE MULTIPLE SI STATMENTS PRIOR TO GOING TO HOSPITAL ED- PT STATED "IM JUST GOING TO KILL MYSELF", "IM NOT GOING TO MAKE IT TO BOND COURT BECAUSE IM GOING TO KILL MYSELF, IM GOING TO HANG MYSELF" SGT AND OTHER RN PRESENT TO WITNESS STATEMENTS*

| **PREA Screening** |
|---|

Question:

1. Have you been a victim of sexual abuse?                                    ○ Yes  ◉ No
Explain:

2. Have you sexually abused or assaulted someone?                            ○ Yes  ◉ No
Explain:

3. Have you ever been arrested for a sex offense?                             ○ Yes  ◉ No
Explain:

4. Is this the patient's first arrest?                                        ○ Yes  ◉ No
Explain:                          *12/2020 SACDC*

5. Does the patient appear to have a mental or developmental disability?      ○ Yes  ◉ No
ADA needs?

6. Does patient identify or present as transgender, intersex, or gender non-conforming?                                                                    ○ Yes  ◉ No

                           ○ *Transgender* ○ *Intersex* ○ *Gender Non-Conforming*

7. Does patient identify or present as Lesbian, Gay or Bisexual?              ○ Yes  ◉ No

                                        ○ *Lesbian* ○ *Gay* ○ *Bisexual*

8. Do you feel vulnerable in terms of personal safety?                        ○ Yes  ◉ No
Explain:

9. Is the patient of small stature/physical build?                           ○ Yes  ◉ No
Explain:

10. Is the patient detained solely for civil immigration purposes?           ○ Yes  ◉ No
Explain:

**If any 'yes' response notify classification. If 'yes' to question 1-6 refer to MH to be seen within 7 days.**

Additional Comments:

Charleston County Detention Center, SC
**Sheriff Al Cannon Detention Ce**
3841 Leeds Avenue
North Charleston , SC29405

**Receiving Screening**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | | | | 5/28/2021 |

*Patient Allergies:*
**days.**

Additional Comments:

---

## Patient Education

Education Provided...

| | |
|---|---|
| Is patient able to read/write? | ◉ Yes ○ No |
| | ☑ English ☐ Spanish |

If no- explain:

| Informed how to access medical, mental, and dental care, and where to find written instructions on how to access care | ◉ Yes ○ No |
|---|---|

If no- explain:

| Instructed on Grievance process | ◉ Yes ○ No |
|---|---|

If no- explain:

| Informed of sexual assault awareness and where to find written information | ◉ Yes ○ No |
|---|---|

If no- explain:

| Informed where to find information about Opioid Overdose | ◉ Yes ○ No |
|---|---|

If no- explain:

| Informed where to find information about how to cope in facility | ◉ Yes ○ No |
|---|---|

If no- explain:

| Informed where to find information on birth control options and how to obtain birth control (females) | ○ Yes ○ No ○ Not Applicable |
|---|---|

If no- explain:

| Provided health information and rights for pregnant woman | ○ Yes ○ No ○ Not Applicable |
|---|---|

If no- explain:

| Instructed on safe use of tampons (juvenile females) | ○ Yes ○ No ○ Not Applicable |
|---|---|

If no- explain:

| Other: | ○ Yes ◉ No |
|---|---|

---

## Release of Information

Form

| Release of Information Signed and Faxed? | ○ Yes ◉ No |
|---|---|

If no- explain:     *NA*

| Correctional Institution Request for Records for Provision of Health Care Faxed? | ○ Yes ◉ No |
|---|---|

If no- explain:     *NA*

**Charleston County Detention Center, SC**
**Sheriff Al Cannon Detention Ce**
**3841 Leeds Avenue**
**North Charleston , SC29405**

**Receiving Screening**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | | | | 5/28/2021 |

*Patient Allergies:*

*If no- explain:*          *NA*

---

**Disposition**

---

**Monitoring:**

☐ *CIWA* ☐ *COWS* ☐ *CIWA & COWS* ☐ *Synthetics*

☑ *Suicide Watch* ☐ *Intake Refusal Monitoring* ☐ *Other:*

**Placement / Housing Recommendation:**

☐ *Emergency Room for evaluation/treatment*

☐ *General Population (GP)*

☐ *Custody for ADA needs*

☐ *Classification for PREA concerns*

☐ *Medical Observation Housing*

☑ *Out Patient Housing Unit/Infirmary*

☐ *Medical Isolation (negative pressure)*

☐ *Mental Health Housing (if Mental Health not on-site)*

☐ *STAT placement on Suicide Precautions*

☑ *Other:*

*ADMIT TO INFIRMARY S/P ED D/C AND SUICIDE WATCH STATUS*

**Does patient need a referral?**          ⦿ *Yes* ○ *No*

☑ *Medical*

○ *Emergent* ⦿ *Urgent* ○ *Routine*

☑ *Mental Health*

⦿ *Emergent* ○ *Urgent* ○ *Routine*

☐ *Chronic Care*

○ *Emergent* ○ *Urgent* ○ *Routine*

☐ *Dental*

○ *Emergent* ○ *Urgent* ○ *Routine*

☐ *Other*

Charleston County Detention Center, SC
*Sheriff Al Cannon Detention Ce*
*3841 Leeds Avenue*
*North Charleston, SC29405*

**Receiving Screening**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | | | | 5/28/2021 |

*Patient Allergies:*

---

## Acknowledgment & Signatures

*I have answered all questions fully.*

*I have been told how to obtain/access medical, mental health, and dental services.*

*I have been told about the grievance process.*

*I have been told about sexual assault awareness.*

*I understand that Medical/Mental Health Staff are mandated reporters and are required to report immediately any knowledge, suspicion, or information pertaining to an incident of sexual abuse or sexual harassment that occurred within the facility; and with my consent any victimization that occurred in the community, unless I am a minor and then health staff are mandated reporters regardless of location.*

*I have been told about opioid overdose and where to find additional information.*

*I have been told about coping resources.*

*I have been told about obtaining/starting birth control and where to find additional information.*

*If I am pregnant I have been informed and received information about my rights while in custody.*

*I hereby authorize Wellpath to administer medical examinations, tests, and/or treatment as necessary.*

*I understand and authorize that photographs may be taken and placed in my medical record for future reference, treatment, or training purposes.*

**Patient Signature**

☑ Sign Form **WILLIAM A SEELS-WEAVER Date 05/29/2021 6:44:10 AM**

---

| Form Folder and Number: | Form Owner: Bazzel | Accreditation: | Active / Last Revision Date: |
|---|---|---|---|
| Intake #IN14.1 | MD, K. Purcell | ALL | ACTIVE 4/9/21 |

Charleston County Detention Center, SC
**Sheriff Al Cannon Detention Ce**
3841 Leeds Avenue
North Charleston, SC29405

**TB Record**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | | | | 5/28/2021 |

| **PPD TEST** | ◉ *Initial* ○ *Annual* |
|---|---|

| **Complete Symptom Screen** | ○ *Current symptoms* ◉ *No current symptoms* |
|---|---|

| **Past Positive** | ○ *Yes* ◉ *No* |
|---|---|
| **PPD Skin Test Refused** | ◉ *Yes* ○ *No* |

☑ *Refusal Form Signed (perform action in accordance with your facility policy)*

☑ *PPD Education given*

☐ *PPD Skin Test NOT APPLIED due to*

☐ **CXR**

**PAST POSITIVE (Complete for Patients Past Positive Only)**

**Notes**

IN109UN0000ACCEN120517

**July 2021**

| Patient Name: | | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Allergies: |
|---|
| |

Diagnosis:

## Orders

| Order No: | Order Status: | Submit Date: | Start Date: | End Date: |
|---|---|---|---|---|
| | | | | |

**Order Administration Sites**

| Abbreviation | Site |
|---|---|



07/23/2021 12:01

June 2021

**EMAR**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| | | | | | | |

Allergies:

Diagnosis:

## Orders

| Order No: | Order Status: | Submit Date: | Start Date: | End Date: |
|---|---|---|---|---|
| | | | | |

## Order Administration Sites

| Abbreviation | Site |
|---|---|



07/23/2021 12:01

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| SEELS-WEAVER, WILLIAM | ▮ | | 05/28/2021 | ▮ | M | |

Allergies:  No Known Allergies (  )

Diagnosis:  Colles fracture of right radius, init for clos fx

# Discontinued

## Medication Orders

| Order No: 17425499 | Order Status: Released 05/29/2021 23:01 | Written | Submit Date: 05/28/2021 22:44 | Start Date: 05/29/2021 08:00 | End Date: 07/28/2021 07:59 |
|---|---|---|---|---|---|

(Acetaminophen) Tylenol Extra Strength 500 mg tablet; give 1 tablet by mouth BID AM & HS for 60 days. Ordering Provider: MichaelHaven

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | | | | | | | | | | | | | | | | | | | | | | | | | | | SKS | - - | - - |
| 20:00 | Init | | | | | | | | | | | | | | | | | | | | | | | | | | | | | RLJ | - - | - - |

| Order No: 17425500 | Order Status: Released 05/29/2021 23:01 | Written | Submit Date: 05/28/2021 22:44 | Start Date: 05/29/2021 08:00 | End Date: 07/28/2021 07:59 |
|---|---|---|---|---|---|

ibuprofen 800 mg tablet; give 1 tablet by mouth BID AM & HS for 60 days. Ordering Provider: MichaelHaven

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | Init | | | | | | | | | | | | | | | | | | | | | | | | | | | | | SKS | - - | - - |
| 20:00 | Init | | | | | | | | | | | | | | | | | | | | | | | | | | | | | RLJ | - - | - - |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 05/28/2021 21:25 |
| Active | Admitted to Facility | | 05/28/2021 21:40 |
| Active | Admitted to Facility | | 05/29/2021 13:55 |
| Discharged | Discharged | | 05/29/2021 15:37 |

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | | | Follow Up Date | Result | | Reason | Initials |
|---|---|---|---|---|---|---|---|
| Order: | | | | | | | |



**Charleston County SC SACDC**    May 2021    **EMAR**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| SEELS-WEAVER, WILLIAM | ▮ | | 05/28/2021 | ▮ | M | |

Allergies:   No Known Allergies ( )

Diagnosis:   Colles fracture of right radius, init for clos fx

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 17425498 | SKS | Administration | 05/29/2021 08:00 | (Acetaminophen) Tylenol Extra Strength 500 mg tablet | Hold One Medpa | HoldOneMedpass |
| 17425499 | RLJ | Administration | 05/29/2021 20:00 | (Acetaminophen) Tylenol Extra Strength 500 mg tablet | Released | Released |
| 17425500 | RLJ | Administration | 05/29/2021 20:00 | ibuprofen 800 mg tablet | Released | Released |

## Initials Legend

| Initials | User |
|---|---|
| RLJ | Jordan, Rosemary, RN |
| SKS | Scott-Stewart, Shakantayeni, RN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|



**Charleston County Detention Center, SC**
**Sheriff Al Cannon Detention Ce**
**3841 Leeds Avenue**
**North Charleston , SC29405**

**Staff Referral Form - Mental Health**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | 5/28/2021 |

Type:          ◉ *Emergent* ○ *Urgent* ○ *Routine*

Mental Health:    ○ *Psychiatric Provider* ◉ *MH Professional* ○ *MH Nurse* ○ *Other*

Other:

Reason for Referral:

*suicide watch*

Additional Information (including interim actions taken):

*expressed SI in intake, involved in altercation with police, tasered twice, sustained R radius fracture*

Charleston County Detention Center, SC
Sheriff Al Cannon Detention Ce
3841 Leeds Avenue
North Charleston , SC29405

**Suicide Management Protocol &
Assessment Tool**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | | | | 5/29/2021 |

---

☑ *Remove* ☐ *48 hr f/u*

Date Booked Into Jail:      5/28/2021

Date Placed On Precautions:      5/28/2021

Initiated By:      ☐ CO ☐ Nurse ☐ MHC ☐ Emerg. Rm

---

**History of Suicidal Behavior:**

☑ *No Prior Ideation* ☐ *No Prior Attempts* ☐ *1-3 Attempts* ☐ *4-7Attempts* ☐ *8+*

**Prior Means of Attempts:**

☐ *(a) Firearm* ☐ *(b) Hanging* ☐ *(c) Overdose* ☐ *(d) Cut wrist* ☐ *(e) Bridge jump* ☐ *(f) Toxin ingest.*
☐ *(g) Drowning*

☐ *(h) Passive Suicide* ☐ *(i) Other:*

**Date(s) of Past Attempts: (begin with most recent) Example: c) 6/24/04 OD-OTC**

---

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 12-07-2020 | Allergy Items | No Known Allergies | |

---

**SadPersons Scale:**

| | |
|---|---|
| Sex: | ◉ Male ○ Female |
| Race: | B |
| Age: | 39 |
| Depression: | ○ Yes ◉ No |
| Prior Attempts: | ○ Yes ◉ No |
| ETOH/Drugs: | ○ Yes ◉ No |
| Rational Thought Loss: | ○ Yes ◉ No |
| Social Support: | ◉ Yes ○ No |
| Organized Plan: | ◉ Yes ○ No |
| Spouse/Significant Other: | ◉ Yes ○ No |
| Sickness: | ○ Yes ◉ No |

Inmates Report:

*I was being charged for something I didn't do. I/m stated I was mad and stated I was suicidal. SI/HI: denied Eating: good Sleep: good A/V hallucinations: denied HX of behavioral health: denied Substance: denied*

Outcome of Evaluation

*I/m was able to verbally contract for safety. TX Plan: I/m will be removed suicided watch and follow up in 48*

**Charleston County Detention Center, SC**
**Sheriff Al Cannon Detention Ce**
**3841 Leeds Avenue**
**North Charleston, SC29405**

**Suicide Management Protocol &**
**Assessment Tool**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | | | | 5/29/2021 |

~~Outcome of Evaluation~~

I/m was able to verbally contract for safety. TX Plan: I/m will be removed suicided watch and follow up in 48 hours.

**Mental Status Exam:**

Affect:

 *Normal*

Mood:

 *good*

Orientation (person/place/time):

 *X3*

A/V H:

 *Denied*

Delusions:           ○ Yes  ◉ *No*

Anxiety:             ○ Yes  ◉ *No*

Medications:          ○ Yes  ◉ *No*

Meds Here:           ○ Yes  ◉ *No*

Type of Med(s):

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 1.00 tablet | Charleston Co Facility: BID AM & HS | 5/29/2021 8:00:00 AM | 7/28/2021 7:59:00 AM |
| Ibuprofen 800 mg tablet | 1.00 tablet | Charleston Co Facility: BID AM & HS | 5/29/2021 8:00:00 AM | 7/28/2021 7:59:00 AM |

| Conducted by: | *Tanya McCants* | Date: *5/29/2021* |
|---|---|---|

### 48 Hour Follow-up for Inmates Removed From Suicide Precautions

Today's Date:

Date Removed:

**Current Status:**

**Future Needs/Treatment Plan(s):**

| Conducted by: | Date: |
|---|---|

**Charleston County Detention Center, SC**
*Sheriff Al Cannon Detention Ce*
*3841 Leeds Avenue*
*North Charleston , SC29405*

**Suicide Management Protocol &
Assessment Tool**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | ███ | ███ | ███ | 5/29/2021 |

# SHERIFF AL CANNON DETENTION CENTER

## Inmate MEDICAL Assessment Details For: SEELS-WEAVER, WILLIAM ALEXANDER -- DOB:

### INMATE ASSESSMENT DETAILS ☒

| BOOKING NUMBER | ID NUMBER | ASSESSMENT CODE |
|---|---|---|
|  |  | MENTAL HEALTH |

| ASSESSMENT DATE | ASSESSMENT TITLE |
|---|---|
| 05/29/2021 09:16 | MH SPECIAL NEEDS |

| ASSESSMENT COMMENT |
|---|
| SUICIDE WATCH |

| DISPOSITION DATE | DISPOSITION CODE | POINTS |
|---|---|---|
|  |  | ~ Minimum |

| DISPOSITION COMMENT |
|---|
|  |

### QUESTIONS

1   REASON BEING SEEN

**MENTAL HEALTH REFERRAL, SUICIDE PRECAUTIONS**

2   HOUSING RECOMMENDATIONS

**GENERAL POPULATION, REMOVE FROM SUICIDE OBSERVATION**

3   HOUSING RECOMMENTATIONS: OTHER

4   INDIVIDUAL FOUND TO BE

Inmate Signature

Charleston County Detention Center, SC
**Sheriff Al Cannon Detention Ce**
3841 Leeds Avenue
North Charleston, SC 29405

**Medication Order**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| SEELS-WEAVER, WILLIAM | ███████ | ██████ | | 5/28/2021 |

## Order Overview

Ordered By: Haven, Michael on 05/28/2021 10:44PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 5/29/2021 | (Acetaminophen) Tylenol Extra Strength 500 mg tablet: give 1 tablet by mouth BID AM & HS for 60 days. | 1 | tablet | BID AM & HS | 60 | No | No |

*Noted By: Haven, Michael Physician Assistant 05/28/2021 10:44PM*

| 5/29/2021 | ibuprofen 800 mg tablet: give 1 tablet by mouth BID AM & HS for 60 days. | 1 | tablet | BID AM & HS | 60 | No | No |

*Noted By: Haven, Michael Physician Assistant 05/28/2021 10:44PM*

E-Signed by Michael Haven n 05/28/2021 11:44 PM EST

Page 1 of 1

Charleston County Detention Center, SC
**Sheriff Al Cannon Detention Ce**
3841 Leeds Avenue
North Charleston, SC 29405

**Nursing Progress Note**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A. SEELS-WEAVER | ▓▓▓▓ | | ▓▓▓▓ | 6/13/2021 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 05-28-2021 | Acute | Injury | Colles fracture of right radius, init for clos fx | hospital |
| 12-07-2020 | Acute | No Known Problems | Patient Reports No Problems | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 12-07-2020 | Allergy Items | No Known Allergies | |

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

**NOTES / HISTORY:**    ◉ Free Text  ○ SOAPE

Added 06/13/2021 07:22 AM CST by SKubischke RN

Late entry due to initial note not showing in progress notes:

5/28/2021 requested in Sally Port for Medical Stand by due to disorderly pt in Sally Port Area. On arrival pt and ERT and Custody staff present with Pt and ERT in room off of Sally Port. ERT was giving pt directions, commands and pt was very loud, yelling over ERT request. ERT gave pt multiple attempts to comply to their request however pt would not quit yelling and arguing with ERT. Once attempts for pt to comply to ERT assisted pt to ground, at some point taser was used x 2. ERT removed pt from Sally Port floor, lifted him from room with him fighting the whole time, he was continually resisting the ERT team, placed in ERC for pt safety until he could calm down, however, continued to physically fight being placed in ERC, Bracing his arms as hard as he could, veins in arms engorged he was bracing against straps so tightly. Once pt was cleared, RN Kubischke removed prone from right flank/back area, and RN Dela Rosa removed prone lower down toward buttocks area. At some point Arresting police officer had stated pt had been in MVC prior to bringing to jail, I advised all MVC need to be cleared for jail and he should have taken him for clearance prior to bringing him to jail. While custody staff was discussing the logistics of sending him out, the two RN's were tending to pt, obtaining Vital signs with initial being 190/100 however sent down to 140/88 after about 7-10 minutes. Pt was tearful, talked about it was his son's birthday, and he started making statements that he couldn't come to jail, he wouldn't make it if he had to stay here, and alluded he would harm himself if arrested, and information immediately relied to custody staff, pt would need to be placed on Suicide Watch. Pt did not c/o of pain in arms, as he had been flexing his arms extremely hard against the ERC. Custody staff released medical from scene as they were discussing logistics of pt being sent out and the MVC that wasn't mentioned previously. Pt was talking, vital signs were stable when medical was released from scene

**Charleston County Detention Center, SC**
*Sheriff Al Cannon Detention Ce*
*3841 Leeds Avenue*
*North Charleston, SC 29405*

**Nursing Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | | | | 6/13/2021 |

Patient Problems:

mentioned previously. Pt was talking, vital signs were stable when medical was released from scene

**Charleston County Detention Center, SC**
**Sheriff Al Cannon Detention Ce**
3841 Leeds Avenue
North Charleston, SC29405

**Nursing Progress Note**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WILLIAM A SEELS-WEAVER | ▮▮▮ | ▮▮▮ | ▮▮▮ | 5/29/2021 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 05-28-2021 | Acute | Injury | Colles fracture of right radius, init for clos fx | hospital |
| 12-07-2020 | Acute | No Known Problems | Patient Reports No Problems | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 12-07-2020 | Allergy Items | No Known Allergies | |

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**NOTES / HISTORY:**    ○ *Free Text* ○ *SOAPE*

Added 05/29/2021 06:53 AM CST by KDelaRosa RN

*LATE ENTRY 5/28/20 APPROX 1840: ARRIVED TO VEHICLE SALLYPORT AND NOTED PT BEING PLACED IN ERC BY ERT OPERATORS. PT UNCOOPERATIVE AND NOT COMPLYING WITH DIRCTIVES. PT NOTED BRACING BOTH UPPER EXTS AGAINST STRAPS WHILE STRAPS ATTACHED. PT ADVISED TO RELAX MULTIPLE TIMES WITHOUT RELIEF. VS TAKEN WITH ASSIST FROM OTHER RN. PT VERY EMOTIONAL AND CRYING THROUGHOUT INTERACTION. PT MADE MULTIPLE SI STATMENTS, STATED "IM NOT GOING TO MAKE IT TO BOND COURT, IM GOING TO KILL MYSELF". INFORMED LT AND SGT THAT PT WOULD BE PLACED ON SUICIDE WATCH ON RETURN FROM HOSP ED.*