# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| William Weaver, | C/A No.: 2:23-cv-1362 DCN MGB |
|     Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| Sheriff Kristin Graziano; James C. Breaux; Charleston County Deputy John Doe; Charleston County Sheriff's Office; City of North Charleston; and Benjamin Pitner, | |
|     Defendants. | |

The court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice.  If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar.  Rule 60(b)(6), F.R.Civ.P.  In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement.  <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978).

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

July 12, 2024
Charleston, South Carolina