UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| WILLIAM WEAVER, | ) | |
| | ) | C/A No.: 2:23-cv-1362-DCN-MGB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| CHARLESTON COUNTY SHERIFF'S | ) | **WITH PREJUDICE** |
| OFFICE, and CITY OF NORTH | ) | |
| CHARLESTON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned counsel, representing all parties who have appeared in this action, hereby stipulate and give notice of Plaintiff's dismissal, with prejudice, of the above-captioned action, with each party bearing its own costs and fees, and Plaintiff further agrees that he is forever barred from instituting or maintaining any further action against these Defendants in regard to the matters set forth in the Second Amended Complaint (ECF 31).

[*SIGNATURES APPEAR ON NEXT PAGE*]

| | |
|---|---|
| **WE SO STIPULATE:** | **WE SO STIPULATE:** |
| s/Edward L. Phipps<br>Edward L. Phipps, Fed ID # 8053<br>Phipps Law Firm, LLC<br>571 Savannah Highway<br>Charleston, SC 29407<br>Email: edward@phippslawfirm.com<br><br>Ravi Sanyal, Fed ID # 7586<br>Sanyal Law Firm, LLC<br>778 St. Andrews Blvd<br>Charleston, SC 29407<br>Email: Ravi@Sanyallaw.com<br><br>*Attorneys for the Plaintiff* | CHANDLER & DUDGEON LLC<br><br>s/J. Matthew Johnson<br>Amanda K. Dudgeon, Fed ID # 9681<br>E-Mail: mandi@chandlerdudgeon.com<br>J. Matthew Johnson, Fed ID # 11391<br>Email: matt@chandlerdudgeon.com<br>P.O. Box 547<br>Charleston, SC 29402<br>(T) 843-577-5410<br>(F) 843-577-5650<br><br>*Attorneys for Defendant Charleston County Sheriff's Office*<br><br>**WE SO STIPULATE:**<br><br>s/Robin Jackson<br>Robin Jackson, Fed ID # 7465<br>Senn Legal, LLC<br>3 Wesley Dr.<br>Charleston, SC 29407<br>Email: robin@sennlegal.com<br><br>*Attorneys for Defendant City of North Charleston* |

August 16, 2024